United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

GUY KEVIN ROWLAND,

Petitioner,

v.

ROBERT L. AYERS, Warden of California State Prison at San Quentin,

Respondent.

NO. C 94-3037 SBA

ORDER SETTING BRIEFING SCHEDULE

DEATH PENALTY CASE

Pursuant to the parties' Joint Briefing Schedule, filed August 27, 2007, the Court adopts the following briefing schedule:

1. Petitioner shall file by October 29, 2007 an amended petition which contains the new claim D authorized by the Court in its Order of September 29, 2006.

2. Respondent shall have 45 days thereafter within which to respond to the amended petition on the merits of the new claim.

3. Petitioner shall have 30 days thereafter within which to reply.

4. Petitioner shall have 90 days thereafter within which to file his memorandum on whether cause and prejudice exists to excuse the default on the claims previously held to be defaulted by the court in its Order of August 15, 2002.

5. Respondent shall have 90 days thereafter to file its answering memorandum on cause and prejudice.

United States District Court
For the Northern District of California

6. Petitioner shall have 60 days to file a reply to Respondent's memorandum on cause and prejudice.

The Case Management Conference currently set for September 13, 2007 at 3:30 p.m. is hereby vacated.

**IT IS SO ORDERED.**

**DATED:** 9/4/07

Saundra B Armstrong
**SAUNDRA BROWN ARMSTRONG**
**United States District Judge**

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROWLAND,

Plaintiff,

v.

CALDERON, ET AL et al,

Defendant.
____________________________________/

Case Number: CV94-03037 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

California Appellate Project
California Appellate Project
Federal Court Docketing
101 Second Street
Suite 600
San Francisco, CA 94105

Habeas Corpus Resource Center
Habeas Corpus Resource Center
50 Fremont Street, Suite 1800
San Francisco, CA 94105

Dated: September 5, 2007

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

GUY KEVIN ROWLAND,

Petitioner,

v.

ROBERT L. AYERS, Warden of California State Prison at San Quentin,

Respondent.

NO. C 94-3037 SBA

ORDER SETTING BRIEFING SCHEDULE

DEATH PENALTY CASE

Pursuant to the parties' Joint Briefing Schedule, filed August 27, 2007, the Court adopts the following briefing schedule:

1. Petitioner shall file by October 29, 2007 an amended petition which contains the new claim D authorized by the Court in its Order of September 29, 2006.

2. Respondent shall have 45 days thereafter within which to respond to the amended petition on the merits of the new claim.

3. Petitioner shall have 30 days thereafter within which to reply.

4. Petitioner shall have 90 days thereafter within which to file his memorandum on whether cause and prejudice exists to excuse the default on the claims previously held to be defaulted by the court in its Order of August 15, 2002.

5. Respondent shall have 90 days thereafter to file its answering memorandum on cause and prejudice.

United States District Court
For the Northern District of California

6. Petitioner shall have 60 days to file a reply to Respondent's memorandum on cause and prejudice.

The Case Management Conference currently set for September 13, 2007 at 3:30 p.m. is hereby vacated.

**IT IS SO ORDERED.**

**DATED:** 9/4/07

Saundra B Armstrong
**SAUNDRA BROWN ARMSTRONG**
**United States District Judge**

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROWLAND,

Plaintiff,

v.

CALDERON, ET AL et al,

Defendant.
________________________________________/

Case Number: CV94-03037 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

California Appellate Project
California Appellate Project
Federal Court Docketing
101 Second Street
Suite 600
San Francisco, CA 94105

Habeas Corpus Resource Center
Habeas Corpus Resource Center
50 Fremont Street, Suite 1800
San Francisco, CA 94105

Dated: September 5, 2007

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk