IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUY KEVIN ROWLAND,** | **CAPITAL CASE** |
| Petitioner, | C 94-3037 SBA |
| v. | **[PROPOSED] ORDER** |
| **ROBERT L. AYERS, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may file a memorandum of points and authorities a hundred and two or less pages long in support of its answer to the Answer to Third Amended Petition.

Dated: 3/28/08

_____
The Honorable Saundra B. Armstrong