IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY KEVIN ROWLAND,<br><br>    Petitioner,<br><br>  v.<br><br>ROBERT K. WONG, Acting Warden of California State Prison at San Quentin,<br><br>    Respondent. | NO. C 94-3037 SBA<br><br>ORDER GRANTING UNOPPOSED MOTION FOR PERMISSION TO FILE CORRECTED TRAVERSE |

  The Court has reviewed petitioner's motion for permission to file a corrected traverse by September 16, 2009.  Good cause appearing, his request is granted.

  **IT IS SO ORDERED.**

**DATED:** 9/2/09

                     _/s/ Saundra B. Armstrong_
                     **SAUNDRA BROWN ARMSTRONG**
                     **United States District Judge**