IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY KEVIN ROWLAND,<br><br>    Petitioner,<br><br>    v.<br><br>VINCENT CULLEN, Acting Warden of California State Prison at San Quentin,<br><br>    Respondent. | NO. C 94-3037 SBA<br><br>ORDER RE SUBMISSION OF REPLY TO PETITIONER'S BRIEF ON CAUSE AND PREJUDICE |

Pursuant to the Court's scheduling order of September 5, 2007, petitioner's reply to respondent's Brief on Cause and Prejudice was due on July 26, 2010. To date, no reply has been filed. The Court directs petitioner to file a reply no later than August 19, 2010.

**IT IS SO ORDERED.**

**DATED:** 8/10/10

*Saundra B Armstrong*
_____
**SAUNDRA BROWN ARMSTRONG**
**United States District Judge**