UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GUY KEVIN ROWLAND,<br><br>　　　　Petitioner,<br><br>　v.<br><br>MICHAEL MARTEL, Acting Warden,<br><br>　　　　Respondent. | NO. C-94-3037-SBA<br><br>ORDER REGARDING PAGE LIMITS |

　　　Pursuant to Civil LR 7-4, respondent in this matter has moved this court for permission to file a Memorandum of Points and Authorities in Support of his Motion for Summary Judgment that is in excess of the 25-page limitation.  Concurrent with this motion, respondent has filed a Memorandum of Points and Authorities that is 40 ½ pages long, and requests that this court allow the oversized Memorandum of Points and Authorities to be filed.

　　　For good cause shown, respondent's motion to file a memorandum in excess of the page limitations is GRANTED.  Respondent's submitted Memorandum of Points and Authorities in Support of his Motion for Summary Judgment shall be filed.  The Memorandum of Points and Authorities is limited to the 40 ½ pages already submitted by respondent, and no additional briefing shall be filed.

DATED:  7/21/11

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROWLAND,

        Plaintiff,

  v.

MICHAEL MARTEL et al,

        Defendant.

Case Number: CV94-03037 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 21, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

California Appellate Project
California Appellate Project
Federal Court Docketing
101 Second Street
Suite 600
San Francisco, CA 94105

Dated: July 21, 2011

                                Richard W. Wieking, Clerk
                                By: LISA R CLARK, Deputy Clerk