IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GUY KEVIN ROWLAND,

    Petitioner,

    v.

MICHAEL MARTEL, Acting Warden of California State Prison at San Quentin,

    Respondent.

NO. C 94-3037 SBA

ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO RESPONDENT'S MOTION FOR SUMMARY JUDGMENT

    The Court has considered petitioner's unopposed motion for an extension of time until February 28, 2012, to file an opposition to respondent's motion for summary judgment. Good cause appearing, petitioner's request is granted. Respondent shall file a reply by March 28, 2012.

**IT IS SO ORDERED.**

**DATED:** 9/22/11

_____
**SAUNDRA BROWN ARMSTRONG**
**United States District Judge**