IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GUY KEVIN ROWLAND,

    Plaintiff,

  v.

KEVIN CHAPPELLE, Acting Warden of California State Prison at San Quentin,

    Defendant.

No. C 94-03037 WHA

**ORDER RE BRIEFING SCHEDULE**

In light of the recent reassignment of the above-mentioned case, the parties are hereby directed to adhere to the briefing schedule previously set by Judge Armstrong in relation to respondent's motion for summary judgment, filed on July 19, 2011. Accordingly, petitioner's opposition to respondent's motion for summary judgment is due on May 28, 2012. Respondent's reply is due on June 28, 2012.

**IT IS SO ORDERED.**

Dated: March 26, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE