**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GUY KEVIN ROWLAND,

    Petitioner,

  v.

KEVIN CHAPPELL, Warden,

    Respondent.

No. C 94-3037 WHA

**JUDGMENT**

Pursuant to the order entered today denying petitioner's habeas petition, judgment is entered in favor of respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: October 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE