United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY KEVIN ROWLAND, | No. C 94-3037 WHA |
| Petitioner, | **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL** |
| v. | |
| KEVIN CHAPPELL, Warden, | |
| Respondent. | |

Petitioner's application to proceed IFP on appeal is **GRANTED.** The Clerk shall serve notice of this Order to the Court of Appeals, as well as to the parties.

**IT IS SO ORDERED.**

Dated: September 24, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE