1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    GUY KEVIN ROWLAND,                          No. C 94-3037 WHA

11              Petitioner,                        **ORDER GRANTING APPLICATION
                                                   TO PROCEED IN FORMA
12    v.                                           PAUPERIS ON APPEAL**

13    KEVIN CHAPPELL, Warden,

14              Respondent.
                                        /
15

16         Petitioner's application to proceed IFP on appeal is **GRANTED.**  The Clerk shall serve

17    notice of this Order to the Court of Appeals, as well as to the parties.

18

19         **IT IS SO ORDERED.**

20

21    Dated: September ___24___, 2013.            _____
                                                  WILLIAM ALSUP
22                                                UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

United States District Court
For the Northern District of California