IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY KEVIN ROWLAND, | No. C 94-03037 WHA |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | |
| RON DAVIS, Warden, San Quentin State Prison | **ORDER GRANTING MOTIONS TO WITHDRAW AS COUNSEL AND REFERRING CASE TO SELECTION COMMITTEE** |
| Respondent. | |

On October 9, the United States Supreme Court denied Rowland's petition for certiorari. 139 S. Ct. 323 (2018). Both counsel now seek to withdraw. Good cause appearing therefor, the motions are **GRANTED**.

This case is referred to the Court's Selection Board for the recommendation of qualified counsel to represent Petitioner in any future proceedings.

Dated: December 28, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE